[No. 16952–1–I.  Division One.  December 22, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v.
TINA PEDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 85–8–00134–1, G. E. Mullen, J. Pro Tem.,
entered August 13, 1985. *Affirmed* by unpublished opinion
per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.

[No. 16059–1–I.  Division One.  December 22, 1986.]

ALLEN R. ANDERSON COMPANY, *Appellant,* v. PENINSULA
MECHANICAL, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–05391–9, Gerard M. Shellan, J., entered
January 21, 1985. *Reversed* and *remanded with instruc-
tions* by unpublished opinion per Ringold, A.C.J., con-
curred in by Swanson and Williams, JJ.

[No. 14903–2–I.  Division One.  December 22, 1986.]

BAUGH CONSTRUCTION COMPANY, *Appellant,* v. KILROY
INDUSTRIES, ET AL, *Appellants,* NAM ENGINEERING
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–08977–3, Frank D. Howard, J., entered
June 8, 1984. *Affirmed* by unpublished opinion per Ringold,
A.C.J., concurred in by Swanson and Coleman, JJ.

[No. 8891–6–II.  Division Two.  December 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
R. BARNUM, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 84–1–00096–0, Robert L. Charette, J., entered
April 29, 1985. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.